**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8478**

BARKLEY GARDNER,

                    Petitioner - Appellant,

          v.

TROY WILLIAMSON; UNITED STATES BUREAU OF PRISONS,

                    Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
Senior District Judge.  (5:08-cv-02050-H)

Submitted:  May 7, 2009              Decided:  June 3, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Barkley Gardner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barkley Gardner, a federal inmate, appeals the district court orders and judgment denying his 28 U.S.C. § 2241 (2006) petition and denying his motion for reconsideration. We have reviewed the record and the district court orders and find no error. Accordingly, we affirm on the reasoning of the district court. See Gardner v. Williamson, No. 5:08-cv-02050-H (E.D.N.C. May 13, 2008; Nov. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2